Schedule A

STAR FABRICS, INC., a California Corporation,

Plaintiff,

v.

REVISE CLOTHING, INC., a New Jersey Corporation; CITI TRENDS, INC., a Georgia Corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Pennsylvania Limited Liability Company; BEN'S CLOTHING, INC., a New York Corporation; YELETE GROUP, INC., a New York Corporation; MY FASHION CORNER, a Utah business entity of form unknown;  and DOES 1 through 10,

Defendants.