Paul S. Chan - State Bar No. 183406
    PChan@birdmarella.com
Aparna S. Mathur - State Bar No. 242981
    amathur@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Yelete Group,
Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., a California corporation, | CASE NO. 2:15-CV-08149 RE |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| vs. | |
| REVISE CLOTHING, INC., a New Jersey Corporation; CITI TRENDS, INC., a Georgia corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Pennsylvania Limited Liability Company; BEN'S CLOTHING, INC., a New York Corporation; YELETE CROUP, INC., a New York Corporation; MY FASHION CORNER, a Utah business entity of form unknown; and DOES 1 through 10, | Assigned to Hon. Manuel L. Real, Courtroom 8 |
| | Action Filed:  10/16/15 |
| | Current Response Date: 12/1/15 |
| | New Response Date:  12/31/15 |
| Defendants. | |

3227054.1

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1   IT IS HEREBY STIPULATED between Plaintiff Star Fabrics, Inc. and

2   Defendant Yelete Group, Inc. through their undersigned counsel of record that,

3   pursuant to Local Rule 8-3, the time for Defendant to move, answer, or otherwise

4   respond to Plaintiff's Complaint is extended to December 31, 2015.

5   SO STIPULATED.

6

7   DATED:  December 16, 2015        Paul S. Chan
                                     Aparna S. Mathur
8                                    Bird, Marella, Boxer, Wolpert, Nessim,
9                                    Drooks, Lincenberg & Rhow, P.C.

10

11                                   By:  _____/s/ Aparna S. Mathur_____
12                                              Aparna S. Mathur
13                                       Attorneys for Defendant Yelete Group, Inc.

14  DATED:  December 16, 2015        Stephen M. Doniger
                                     Scott A. Burroughs
15                                   Howard S. Han
16                                   Doniger/Burroughs

17

18

19                                   By:  _____/s/ Howard S. Han_____
20                                              Howard S. Han
                                         Attorneys for Plaintiff Star Fabrics, Inc.
21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)