1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Howard S. Han (SBN 243406)
4  hhan@donigerlawfirm.com
   **DONIGER / BURROUGHS APC**
5  603 Rose Avenue
6  Venice, California  90291
   Telephone: (310) 590-1820
7

8  Attorneys for Plaintiff

JS-6

9
10            **UNITED STATES DISTRICT COURT**
11            **CENTRAL DISTRICT OF CALIFORNIA**

12  STAR FABRICS, INC., a California       Case No. CV15-8149-R (Ex)
    Corporation,                           <u>Hon. Manuel L. Real Presiding</u>
13
14  Plaintiff,                             **ORDER ON STIPULATION TO**
                                           **DISMISS ACTION**
15  vs.
16
17  REVISE CLOTHING, INC.; *et al*.

18  Defendants.

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: May 27, 2016  By: _____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE